| | | | |
|---|---|---|---|
| | AUSA: Susan E. Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Kathirin Desiree ARTAHONA-ARTAHONA, a/k/a Kathrin ARTAHONA-ARTAHONA

Case No. 2:25-mj-30372
Judge: Unassigned,
Filed: 06-09-2025 At 05:11 PM
CMP USA V. KATHIRIN DESIREE ARTAHONA-ARTAHONA (Da)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1028(a)(4) | Possession of Fraudulent Identification Documents |

This criminal complaint is based on these facts:

On or about June 2, 2025, within the Eastern District of Michigan, Southern Division, Kathirin Desiree ARTAHONA-ARTAHONA, a/k/a Kathrin ARTAHONA-ARTAHONA, a native and citizen of Venezuela, did knowingly possess a counterfeit United States Permanent Resident Card which had not been issued to her, and a fraudulent United States Social Security Card which contained a number that was not assigned to defendant, with the intent that they be used to defraud the United States, in violation of 18 U.S.C. §1028(a)(4).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: June 9, 2025

*Judge's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Kathirin Desiree ARTAHONA-ARTAHONA, a/k/a Kathrin ARTAHONA-ARTAHONA which reveals the following:

2. ARTAHONA-ARTAHONA is a nineteen-year-old female, native and citizen of Venezuela, who illegally entered the United States at or near El Paso, Texas. She was issued a Notice to Appear and released into the United States on her own recognizance.

3. On or about June 2, 2025, Border Patrol Agents were contacted by Warren Police requesting assistance to help identify a subject who was being detained by them following a complaint of a fight at the Sonesta SE Suites.

4. While on scene, ARTAHONA-ARTAHONA presented Warren Police Officers with immigration court documents for her future court date along with a fraudulent United States Permanent Resident Card and a fraudulent United States Social Security Card. Both cards contain her correct personal information but were otherwise fraudulent. She was transported to the Detroit Border Patrol Station for further investigation.

5. Upon arrival at the Border Patrol Station, ARTAHONA-ARTAHONA's fingerprints were entered into immigration databases to check for her immigration status and criminal history. Records showed that she has a pending immigration court date of January 12, 2027.

6. An investigation of the United States Permanent Resident Card and the United States Social Security Card revealed they were both false documents. Both documents bore her correct name however, the United States Social Security Card had a fraudulent number that was not assigned to any person. Immigration checks also determined there was no evidence of ARTAHONA-ARTAHONA obtaining

permanent residence status, and therefore the United States Permanent Resident Card was fraudulent.

7. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

8. Based upon the above information, probable cause exists to believe that ARTAHONA-ARTAHONA did possess a counterfeit United States Permanent Resident Card and a fraudulent United States Social Security Card with the intent that they be used to defraud the United States, in violation of 18 U.S.C. §1028(a)(4).

*[signature]*

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

*[signature: Elizabeth A. Stafford]*

Honorable Elizabeth A. Stafford
United States Magistrate Judge